ALFRED A. HAASE et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, as Trustee under an Indenture of Trust Made by ALFRED A. HAASE for the Benefit of MAY E. HAASE et al., Respondent.

Argued January 17, 1946; decided March 7, 1946.

*John S. Chapman, Jr.,* and *James Morrow* for appellants.
*Joseph V. McKee* and *William T. Griffin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.